UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

WALSTON MOTORSPORTS, LLC         PETITIONER

v.                                CIVIL NO: 3:23-CV-181-RGJ-RSE

ADAM P. ROGERS,
Director of Industry Operations,
Louisville Field Division,
Bureau of Alcohol, Tobacco, Firearms and Explosives         RESPONDENT

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Petitioner and Respondent hereby notify the Court that they stipulate to a voluntary dismissal of this action with prejudice.

**WHEREFORE**, the Court is informed that each party herein agrees to bear their own costs, expenses, and attorneys' fees.

April 8, 2024

Rebecca Grady Jennings, District Judge
United States District Court

**HAVE SEEN AND AGREED this 5th day of April, 2024:**

| | |
|---|---|
| /s/ *Adam Bleile (with permission)*<br>Adam Boyd Bleile<br>Bleile & Dawson<br>810 Sycamore Street, 5th Floor<br>Cincinnati, Ohio 45202<br>(513) 564-0088<br>adamtheattorney@yahoo.com<br>*Counsel for Petitioner* | MICHAEL A. BENNETT<br>United States Attorney,<br>Western District of Kentucky<br><br>/s/ *Timothy D. Thompson*<br>Timothy D. Thompson<br>Assistant United States Attorney<br>717 West Broadway<br>Louisville, Kentucky 40202<br>Phone: (502) 582-6238<br>Timothy.thompson@usdoj.gov<br>*Counsel for Respondent* |

## CERTIFICATE OF SERVICE

      I hereby certify that on April 5, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which automatically provides notice to all counsel of record.

                                                /s/ *Timothy Thompson*
                                                Timothy D. Thompson
                                                Assistant United States Attorney